**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT LEE SANDERS
ADC # 131332                                                                                           PLAINTIFF

V.                                          5:07CV00262 SWW/HDY

DR. BEN GUISE *et al.*                                                                          DEFENDANTS

**ORDER**

The Court, having obtained additional information regarding the whereabouts of Defendant Doctor Ben Guise, orders that service be attempted once more. Accordingly, the Clerk of the Court shall prepare summons for the Defendant, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), the Court's October 22, 2008 Order (docket entry #142) and the Recommendations it adopted (docket entry #139), this Order, and summons on Defendant, at the addressed provided to the Clerk of the Court and kept under seal, without prepayment of fees and costs or security therefore.

DATED this   15   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE