# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT LEE SANDERS
ADC # 131332                                                                        PLAINTIFF

V.                    5:07-cv-00262-SWW-JJV

PETER EDWARDS, Dr., Mental Health,
Arkansas Department of Correction; and
BEN GUISE, Dr., Mental Health, Arkansas
Department of Correction                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Dr. Guise's Motion for Summary Judgment (Doc. No. 202) and Plaintiff's motion for voluntary dismissal of Dr. Guise are GRANTED;

2. Plaintiff's remaining claims against Dr. Edwards are DISMISSED and the case is DISMISSED WITH PREJUDICE; and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of February, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1